# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    4:16-cr-385-S |
| Sunny Joshi, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date:    01/17/2017

_____
*Attorney's signature*

Mona N. Sahaf D.C. Bar No. 497854
*Printed name and bar number*

Department of Justice
1301 New York Avenue, N.W. Suite 200
Washington, D.C. 20530

*Address*

Mona.Sahaf@usdoj.gov
*E-mail address*

(202) 616-2335
*Telephone number*

(202) 616-2491
*FAX number*