JUDGE_____ **DAVID HITTNER** _____
CASE MANAGER __ELLEN ALEXANDER__   RPTR/~~TAPE~~ Johnny Sanchez
USPO __Kimberly Jones__   INTERPRETER __Atig__

TIME _____|_____ A.M.   1:50 | 2:10 P.M.   DATE __11-30-20__
       begin  end           begin  end

CR. NO. __4:16-385__   DEFT. NO. __07__

UNITED STATES OF AMERICA     §
                             §   Mona Sahaf, Mark McIntyre + AUSA
VS.                          §   Craig Feazel
                             §
Hitesh Madhubhai Patel       §   Matthew Furness   (R)  ☐ CJA

## SENTENCING – By Video

☑ ksen.   Sentencing held.  ☑ Guilty plea  ☐ Guilty verdict  on __1-9-20__, Cts. __1+2__

☐ ksen.   Sentencing held **with contested issues**.

☑ ...   SENTENCE: Custody of the Bureau of Prisons for a term of 60 months as to Count 1 and 240 months as to Count 2 to run concurrently for a total term of 240 months. Supervised Release for a total term of 3 years on both counts. Fine is waived. Restitution in the amount of $8,970,396.15.

Objections are overruled + the PSR + all addendums are adopted by the Court

~~$50~~ $100.00 special assessment on Counts __1+2__ _____.

☐ ...   **Time to serve.**

☑ kdismcntgv.   Counts __3__ _____ dismissed on government's motion.

☐ kosurr.   Deft ordered to surrender to U.S. Marshal on _____.

☐ ...   Deft ordered to surrender to institution when designated.

☐ kcphrg.   Change of plea hearing, deft withdraws plea of guilty. (kpstr.).

☐ kjytrl.   Jury trial set for _____ at _____.

☐ ko.(bnd.).   Deft bond ☐ set  ☐ reduced to $ _____  ☐ Cash ☐ Surety ☐ 10% ☐ PR.

☐ ...   Deft failed to appear, bench warrant to issue.

☐ ...   Deft bond ☐ continued  ☐ forfeited.

☑ ...   Deft remanded to custody.

☑ ...   Terminate other settings for this deft.   ☑ Terminate motions for this deft.
        OTHER PROCEEDINGS: _____

Copy to:   USPO