United States District Court
Southern District of Texas
**ENTERED**
September 27, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | Criminal Action No. H-16-385-7 |
| | § | |
| Hitesh Madhubhai Patel, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Defendant's Motion to Stay for FRP Payment of $25.00 Every Quarter (Document No. 1378). Having considered the motion, submissions, and applicable law, the Court determines the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant's Motion to Stay for FRP Payment of $25.00 Every Quarter (Document No. 1378) is **DENIED.**

SIGNED at Houston, Texas, on this **26** day of September, 2024.

DAVID HITTNER
United States District Judge